No. 148. MULLETT ET AL. *v.* KORTH, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Shirley P. Jones* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 149. BURRIS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Eugene Gressman* for petitioner.

No. 152. SOUTHERN PINE ELECTRIC COOPERATIVE *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *J. M. Williams* and *Helen F. Humphrey* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 153. SCOTT *v.* STANDARD CONVEYOR Co. C. A. 8th Cir. Certiorari denied. *John S. Marsalek* for petitioner. *C. Arthur Anderson* for respondent.

No. 154. TINKER & RASOR ET AL. *v.* STEARNS ET AL. C. A. 9th Cir. Certiorari denied. *Edward B. Gregg* and *Henry Gifford Hardy* for petitioners. *James B. Simms* for respondents.

No. 157. PONS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Jack Wasserman, Orlando J. Antonsanti* and *David Carliner* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.